

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ERIC B. DARNELL, Individually and ERIC B. DARNELL, P.C., | § | No. 08-17-00067-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 205th District Court |
| | § | |
| LEE H. ROGERS, JR., DOROTHY R. KEEBLE, BARBARA R. ROWE and LINDA R. FITE, | | of El Paso County, Texas |
| | § | |
| | | (TC#2016DCV0857) |
| | § | |
| Appellees. | | |

## **O R D E R**

On the Court's own motion, it has been determined that the Sealed Exhibit A attached to "Plaintiff's Response to Defendant Lee H. Rogers, Jr.'s Motion to Dismiss Case" be forwarded to the Court.

It is therefore ordered that the District Clerk for the 205th District Court of El Paso County, Texas, prepare a Supplemental Clerk's Record to include the Original Sealed Exhibit A, and forward the same to this Court on or before June 18, 2019. The Clerk of this Court will return the original exhibit to the District Clerk of El Paso County, Texas after final disposition of this appeal.

IT IS SO ORDERED THIS 11TH DAY OF JUNE, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.